R. COLLINGS
MAGISTRATE JUDGE

DEC 22 2004

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

US District Court
District of Massachusetts

US v. Martin et al

Criminal Action
04CR10370-RGS

Motion to Unseal

On 10/14/04 a complaint was issued charging defendants with drug violations

On 11/9/04 a complaint was filed against Martin Ryan

On 11/23/04 a complaint was filed against Nicholas Zeccaro

On 11/24/04 the Government filed a motion to seal the complaint against Ryan & Zeccaro

The motion was "allowed only to the extent that the affidavits in support of the complaint be sealed - otherwise Denied."

ALLOWED

@ BUMC (ransom)

@

(F)

DEC 22 2004

5    One month has passed since
Sesting of the affidavits

Wherefore    I petition of the
N.E. News Service request that
the court order the unsealing
of affidavits in the case

Judd Green
N.E. News Svc.
68 Alexander Rd,
Newton, MA 02461
Phone: 617/969-4102