AO 455 (Rev. 5/85) Waiver of Indictment

FILED IN OPEN COURT 6/9/05

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

JONAH ADELMAN
ENRICO BOTTA

**WAIVER OF INDICTMENT**

CASE NUMBER: 04-10370-RGS

I, _ENRICO BOTTA_____, the above named defendant, who is accused of

1) conspiracy to distribute oxycodone in violation of § 21 USC 846
2) possession with intent to distribute and distribution of oxycodone in violation of 21 USC 841(a)(1)
and 3) possession with intent to distribute ~~and distribute~~ oxycodone in violation of 21 USC 841(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9 June 2005__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_Enrico Botta 6/9/05_
Defendant

_Edward Lee 6/9/05_
Counsel for Defendant

Before _Richard G. Stearns_
Judicial Officer
6-9-05.