UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** | ) |
| | )   CR 04-10370-RGS |
| **v.** | ) |
| | ) |
| **Enrico Botta** | ) |

### JOINT MOTION TO CONTINUE SENTENCING DATE TO OCTOBER 5, 2005

The parties jointly move for a continuance of the sentencing in this matter until October 5, 2005 at 3:45 p.m. The parties assert that this brief delay is in the interests of justice in order to ensure that all matters relevant to sentencing will be before the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Nancy Rue
Nancy Rue
Assistant U.S. Attorney


ENRICO BOTTA

By his attorney

/s/ EJ Lee by NBRue per telephone authorization
Edward J. Lee, Esquire
Counsel for Defendant