DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | CR. NO. 04-10370-RGS |
| ) | |
| ENRICO BOTTA ) | |

### MOTION TO HAVE THIS COURT'S JUDGMENT RECOMMEND THE SATELLITE CAMP AT THE FEDERAL CORRECTIONAL INSTITUTION, MCKEAN, PENNSYLVANIA, AS THE PLACE OF CONFINEMENT

Now comes the defendant, Enrico Botta, and respectfully requests this Court recommend in its Judgment committing the defendant to the custody of the Attorney General that, if eligible, the defendant be allowed to serve said sentence at the Satellite Camp at the Federal Correctional Institution, McKean, Pennsylvania.

As reason therefor, the defendant represents as follows:

1.  The defendant has a criminal history category one. His conviction does not involve any threat or action of force or violence.

2.  The Satellite Camp (1) has a good health service staff, (2) houses defendants convicted of generally similar offenses, (3) is relatively close to a major airport for family members who may wish to visit, and (4) has a five hundred hour drug rehabilitation program.

Wherefore, it is respectfully requested that this Court recommend in its Judgment that, if eligible, the defendant be confined for service of his sentence at the Satellite Camp at the Federal Correctional Institution, McKean, Pennsylvania.

Dated: October 5, 2005

ENRICO BOTTA
by his attorney,

_____
Edward J. Lee, Esq.
BBO # 291480
65 Franklin Street, Suite 500
Boston, MA 02110
(617) 350-6882

*[Handwritten in left margin: Allowed. R.S. Stearns US 10-5-05.]*

*[Stamp: FILED IN OPEN COURT 10/5/05]*

CERTIFICATE OF SERVICE

    I, Edward J. Lee, attorney for the defendant Enrico Botta, hereby certify I have this date served a copy of the within "Motion To Have This Court's Judgment Recommend The Satellite Camp At The Federal Correctional Institution, McKean, Pennsylvania, As The Place Of Confinement" by this day delivering a true copy thereof in hand to Assistant United States District Attorney Nancy Rue.

Dated: October 5, 2005

_Edward J. Lee_
Edward J. Lee